UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE STATE OF INDIANA, EX REL. HARMEYER,<br>  *Plaintiff*,<br><br>  *vs.*<br><br>THE KROGER CO., KROGER LIMITED PARTNERSHIP I, KRGP, INC., PAY LESS SUPER MARKETS, INC., and RALPHS GROCERY COMPANY,<br>  *Defendants*. | 1:17-cv-00538-JMS-DML |

## ORDER

On March 20, 2017, Relator Michael Harmeyer filed a Response to Defendants' Amended Notice of Removal pursuant to Local Rule 81-1. [Filing No. 20.] In his response, Mr. Harmeyer argues that this Court cannot exercise diversity jurisdiction over this matter because the State of Indiana is a real party in interest and "its presence destroys diversity jurisdiction." [Filing No. 20 at 2-4.] Mr. Harmeyer states that he "has no objection to litigating this action in the Southern District of Indiana, [but] it appears that this case must be remanded to the Superior Court of Marion County, Indiana, as a matter of law." [Filing No. 20 at 4.] On April 11, 2017, Defendants filed a twenty page Reply in Support of Notice of Removal, in which they dispute Mr. Harmeyer's arguments. [Filing No. 25.]

The parties may not stipulate to jurisdiction, and the Court must ensure that it can exercise diversity jurisdiction over this matter before it can proceed. *See Evergreen Square of Cudahy v. Wisconsin Housing and Economic Development Authority*, 776 F.3d 463, 465 (7th Cir. 2015) ("the parties' united front is irrelevant since the parties cannot confer subject-matter jurisdiction by agreement…and federal courts are obligated to inquire into the existence of jurisdiction *sua sponte*"). Accordingly, even though Mr. Harmeyer does not directly request that the Court remand

this matter in his Response to Defendants' Amended Notice of Removal, the Court will treat the Response, [Filing No. 20], as a Motion to Remand, and will consider Defendants' Reply in Support of Notice of Removal, [Filing No. 25], to be a response to the Motion to Remand. Mr. Harmeyer shall have until **April 20, 2017** to file a reply brief in support of remand.

Date: April 13, 2017

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**